No. 85–5837.   CAMERON *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 85–5839.   GRAY *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.   C. A. Fed. Cir.   Certiorari denied.

No. 85–5841.   TOOMEY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–5842.   VARGAS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–5848.   GRAEWE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5849.   LOVETT *v.* MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 85–5851.   KENDRICKS *v.* BROWN ET AL.   C. A. 3d Cir. Certiorari denied.

No. 85–5860.   HOLLEMAN *v.* DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 85–5889.   RISPOLI *v.* UNITED STATES ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–5924.   MULLINS *v.* NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON.   C. A. 11th Cir.   Certiorari denied.

No. 85–5968.   COOPER *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 84–1287.   LIPHETE ET AL. *v.* STIERHEIM ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied. JUSTICE MARSHALL and JUSTICE BLACKMUN would grant certiorari.